

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00362-CV

**IN RE GUARDIANSHIP OF TERRY L. GILMER, AN INCAPACITATED PERSON**,

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-070-PR
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Appellant's unopposed second motion for extension of time to file brief is hereby GRANTED. The appellant's brief is deemed filed as of November 7, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court